IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA ROSAS § | |
| § | |
| VS. § | CIVIL NO.  5:23-cv-617 |
| § | |
| AUTOZONE, INC., AUTOZONE § | |
| TEXAS, LLC and AUTOZONE PARTS, § | |
| INC. § | |

**DEFENDANTS, AUTOZONE, INC., AUTOZONE TEXAS, LLC and AUTOZONE PARTS, INC.'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **AUTOZONE, INC., AUTOZONE TEXAS, LLC and AUTOZONE PARTS, INC**. hereby remove this action to the United States District Court for the Western District of Texas San Antonio Division from the 438th District Court of Bexar County, Texas, stating as follows:

1. Plaintiff Maria Rosas is a resident of Atascosa County. She is a citizen of Texas.

2. Plaintiff commenced this action in the 438th District Court of Bexar County, Texas, where it was given Cause No. 2023CI06965.

3. Defendant AutoZone, Inc., is a corporation organized under the laws of the State of Nevada.  Its headquarters and principal place of business are in the State of Tennessee.  Its corporate center is in the State of Tennessee.  It is a citizen of Tennessee.

4. Defendant AutoZone Texas, LLC is a limited liability company organized under the law of the State of Nevada.  Its principal place of business is in the State of Tennessee.  It is a citizen of Tennessee.  Its sole member is AutoZone Investment

1

Corporation, organized under the law of the State of Nevada. Its principal place of business is in the State of Tennessee. It is a citizen of Tennessee.

5. Defendant AutoZone Parts, Inc., is a corporation organized under the laws of the State of Nevada. Its headquarters and principal place of business are in the State of Tennessee. Its corporate center is in the State of Nevada. It is a citizen of Nevada.

6. Plaintiff and Defendants are citizens of different states, none of the Defendants are citizens of Texas, and the proper parties are completely diverse from Plaintiff.

7. Defendant AutoZone, Inc., received the summons and complaint on April 14, 2023.

8. Defendant AutoZone, Texas, LLC, received the summons and complaint on April 14, 2023.

9. Defendant AutoZone, Parts, Inc., received the summons and complaint on April 14, 2023.

10. A copy of all process, pleadings, and orders known in this case are attached as **Exhibit A**.

11. Defendant AutoZone Parts, Inc., will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 438th District Court of Bexar County, Texas.

Dated: **May 12, 2003**

Respectfully submitted,

*/s/ Karl T. Rivas*

KARL T. RIVAS
State Bar No. 00784846

                    P. CLARK ASPY
                    State Bar No. 01394170

**ATTORNEYS FOR DEFENDANTS AUTOZONE, INC., AUTOZONE TEXAS, LLC and AUTOZONE PARTS, INC**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Rivas Direct:  210-731-6462
Rivas Facsimile:  210-757-4402
Email:  krivas@namanhowell.com

*and*

NAMAN, HOWELL, SMITH & LEE, PLLC
8310 Capital of Texas Hwy North, Suite 490
Austin, Texas 78731
Telephone:  512-479-0300
Facsimile:  512-474-1901
Email:  aspy@namanhowell.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on this 12th day of May 2023, to the following counsel of record:

Joseph A. Gamez
Jose L. Rios, Jr.
THE GAMEZ LAW FIRM
1119 Fresno Street
San Antonio, TX 78201
*Via Email:* jrios@jagamezlaw.com

Jacob D. Cukjati
Jeffrey J. Tom
Alec C. Perez
MARTIN, CUKJATI & TOM, LLP
1802 Blanco Road
San Antonio, TX 78212
*Via email:* attorney@mcfirm.com

**ATTORNEYS FOR PLAINTIFF MARIA ROSAS**

_____
KARL T. RIVAS
P. CLARK ASPY

4894-5263-3699, v. 1